AO 108 (EDVA Version, Rev. 10/20) Application by Telephone or Other Reliable Electronic Means a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
THE DOMAIN NAMES NLTVIDS.COM AND NUDELEAKSTEENS.COM

Case No. 1:26-sw-774

## APPLICATION BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Eastern District of Virginia is subject to forfeiture to the United States of America under 18 U.S.C. § 1030(i), 2253(a)(1), (a)(3), 47 U.S.C. § 223(h)(7)(A) (***describe the property***):

THE DOMAIN NAMES NLTVIDS.COM AND NUDELEAKSTEENS.COM

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Applicant's signature*

John E. Bamford, Task Force Officer, FBI
*Printed name and title*

Reviewed by AUSA/SAUSA:

/s/ Rebecca C. Fisher

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. 4.1 by reliable electronic means, specifically telephone (***describe the means***).

Date: 10/2/2026

[signature]
*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

With respect to nudeleaksteens[.]com and nltvids[.]com ("SUBJECT DOMAIN NAMES"), VeriSign, who is the domain registry for the SUBJECT DOMAIN NAMES, shall take the following actions to effectuate the seizure of SUBJECT DOMAIN NAMES:

1. Take all reasonable measures to redirect the domain names to substitute servers at the direction of the Federal Bureau of Investigation by associating the SUBJECT DOMAIN NAMES to the following authoritative name-servers:

    a. Ns1.fbi.seized.gov;

    b. ns2.fbi.seized.gov; and/or

    c. Any new authoritative name server or IP Address to be designated by a law enforcement agent in writing, including e-mail, to VeriSign, Inc., which is headquartered at 12061 Bluemont Way, Reston, Virginia.

2. Prevent any further modification to, or transfer of, SUBJECT DOMAIN NAMES pending transfer of all right, title, and interest in SUBJECT DOMAIN NAMES to the United States upon completion of forfeiture proceedings, to ensure that changes to the SUBJECT DOMAIN NAMES cannot be made absent court order or, if forfeited to the United States, without prior consultation with the Federal Bureau of Investigation.,

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

The Government will display a notice on the website to which the SUBJECT DOMAIN NAMES will resolve. That notice will consist of law enforcement emblems and the following text (or substantially similar text) as put forth in the image below:

