IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF THE DOMAIN NAMES:<br><br>NLTVIDS.COM<br><br>AND<br><br>NUDELEAKSTEENS.COM | Case No. 1:26-sw-774<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT**

I, John Bamford, being duly sworn, hereby declare as follows:

**INTRODUCTION**

1. I am a Detective with the Arlington County (Virginia) Police Department (ACPD) and am currently a Task Force Officer with the Federal Bureau of Investigation (FBI). I am assigned to the Cyber Crime Squad of the Washington Field Office. I have been employed by ACPD since 2008. I conduct and participate in criminal investigations, including interviewing and debriefing witnesses and informants, conducting physical surveillance, tracing and analyzing Internet Protocol (IP) addresses, tracing and analyzing financial transactions, analyzing telephone pen registers, collecting and analyzing evidence, and preparing and executing search and seizure warrants. I have received both formal and informal training in the investigation of sex crimes, child exploitation, and computer crimes. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute arrest, search, and seizure warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. As set forth below, there is probable cause to believe that NudeLeaksTeens[.]com and NLTVIDS[.]com (the "SUBJECT DOMAIN NAMES"), are property used or intended to be used to commit or facilitate violations of: 18 U.S.C. §§ 1030 (fraud and related activity in connection with computers), 2251 (sexual exploitation of children), 2252 (certain activities relating to material involving the sexual exploitation of minors), and 47 U.S.C. § 223(h) (intentional disclosure of nonconsensual intimate visual depictions) (the "SUBJECT OFFENSES"). Accordingly, there is probable cause to believe that the SUBJECT DOMAIN NAMES are subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 1030(i), 2253(a)(1), (a)(3), and 47 U.S.C. §§ 223(h)(7)(A)(i), (iii).

4. I make this affidavit for a warrant to seize the property described in Attachment A, specifically, the SUBJECT DOMAIN NAMES. The procedure by which the government will seize the SUBJECT DOMAIN NAMES is described in Attachment A hereto and below.

## BACKGROUND ON DOMAIN NAMES

5. Based on my training and experience, I am aware of the following:

6. <u>Internet Protocol Address</u>: An Internet Protocol address ("IP address") is a unique numeric address used by devices on the Internet. Every device attached to the Internet must be assigned a public IP address so that Internet traffic sent from and directed to that device may be directed properly from its source to its destination. An IP address acts much like a home or business street address—it enables devices connected to the Internet to properly route traffic to each other.

Devices connected to the Internet are assigned public IP addresses by Internet service providers ("ISPs"). There are two types of IP addresses: IPv4 (Internet Protocol version 4) and IPv6 (Internet Protocol version 6). An IPv4 address has four sets ("octets") of numbers, each ranging from 0 to 255, separated by periods (e.g., 149.101.82.209). An IPv6 address has eight groups ("segments") of hexadecimal numbers, each ranging from 0 to FFFF, separated by colons (e.g., 2607:f330:5fa1:1020:0000:0000:0000:00d1).

7. Domain Name: A domain name is a string of text that maps to an IP address and serves as an easy-to-remember way for humans to identify devices on the Internet (e.g., "justice.gov"). Domain names are composed of one or more parts, or "labels," delimited by periods. When read right-to-left, the labels go from most general to most specific. The right-most label is the "top-level domain" ("TLD") (e.g., ".com" or ".gov"). To the left of the TLD is the "second-level domain" ("SLD"), which is often thought of as the "name" of the domain. The SLD may be preceded by a "third-level domain," or "subdomain," which often provides additional information about various functions of a server or delimits areas under the same domain. For example, in "www.justice.gov," the TLD is ".gov," the SLD is "justice," and the subdomain is "www," which indicates that the domain points to a web server.

8. Domain Name System: The Domain Name System ("DNS") is the way that Internet domain names are located and translated into IP addresses. DNS functions as a phonebook for the Internet, allowing users to find websites and other resources by their names while translating them into the IP addresses that their computers need to locate them.

9. Domain Name Servers: Domain Name Servers ("DNS servers") are devices or programs that convert, or resolve, domain names into IP addresses when queried by web browsers or other DNS "clients."

10. Registrar: A registrar is a company that has been accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN") or a national country code top-level domain (such as .uk or .ca) to register and sell domain names. Registrars act as intermediaries between registries and registrants. Registrars typically maintain customer and billing information about the registrants who used their domain name registration services.

11. Registry: A domain name registry is an organization that manages top-level domains, including by setting usage rules and working with registrars to sell domain names to the public. For example, the registry for the ".com" and ".net" top-level domains is VeriSign, Inc., which is headquartered at 12061 Bluemont Way, Reston, Virginia ("VeriSign").

12. Registrant: A registrant is the person or entity that holds the right to use a specific domain name sold by a registrar. Most registrars provide online interfaces that can be used by registrants to administer their domain names, including to designate or change the IP address to which their domain name resolves. For example, a registrant will typically "point" their domain name to the IP address of the server where the registrant's website is hosted.

13. WHOIS: WHOIS is a protocol used for querying databases that store registration and other information about domains, IP addresses, and related Internet resources. For example, results from a WHOIS search of a domain would likely include contact information for the registry, the registrar, and the ISP that owns the IP address to which the domain points. Contact information for the registrant of the domain might be provided but is often redacted, masked, or inaccurate.

## CASE BACKGROUND

*Identification of the Website NudeLeaksTeens*

14. In or around February 2024, law enforcement[1] discovered a website accessible at nudeleaksteens[.]com ("NudeLeaksTeens" or "NLT"), which advertises for sale leaked (i.e., hacked and stolen), sexually explicit images and videos depicting young women and girls. As further described below, law enforcement's investigation of NLT also revealed that despite website warnings against child sexual abuse material ("CSAM")[2], the site also offers for sale sexually explicit images and videos of minor children.

15. During the course of the investigation, law enforcement discovered that NLT, which is available on the clear web, advertises and sells its material in three forms:

a. "Albums," which typically contain sexually explicit images of one victim,

b. "Collections," which typically contain sexually explicit images of multiple victims who share some type of commonality (e.g., all college athletes); and

c. "Amethysts" or "Gems," website-specific points or tokens which function as website currency and which purchasers can use to buy content.

16. During the course of the investigation, law enforcement identified at least three website domains related to NLT, including nudeleaksteens[.]com, nlthub[.]pk, and nltvids[.]com. The domains of nudeleaksteens[.]com and nltvids[.]com are associated with VeriSign.

---

[1] As used herein, "law enforcement" encompasses the FBI along with other Federal, State, and local law enforcement agencies who have contributed to this investigation.

[2] I use the terms CSAM and child pornography interchangeably to refer to visual depictions of minors engaged in sexually explicit conduct, as those terms are defined in 18 U.S.C. § 2256.

*Description of the NLT Website*

17. While the NLT homepage is constantly updated, the nature of the site and the type of content available for purchase on NLT has remained largely the same since at least February 2024.

18. On or about July 2, 2026, the NLT homepage appeared as depicted in the screenshot below:




19. The drop-down menu for “Age of the Girl,” depicted in the screenshot above, starts at age 18 and goes up incrementally by year to “over 25 years.” The website, including this home page, contains multiple notices that its content only depicts “models” or girls over the age of 18 years old. For example, there is an “upload content” feature on the website which allows individuals to upload their own images or videos. The “Submission Guidelines” for the “upload content” feature include a section entitled, “Strictly Prohibited” which states, “Zero Tolerance Policy: no child pornography (Models must be 18-25 years old), no zoophilia, no incest. Any

violation will result in immediate violation and permanent ban." NLT also contains the following 18 U.S.C. § 2257 certification:




20. Despite these warnings, I, and other law enforcement officers, have reviewed the NLT website and observed sexually explicit depictions of minors on the home page. I have also observed advertisements for the sale of albums and collections containing CSAM on NLT. [redacted] of material from the NLT website containing sexually explicit visual depictions of known/identified minor victims

*Material and Services for Sale on NLT*

21. NLT customers can purchase "albums," "collections," and "services" through the site. Albums and collections contain media files (typically still images or videos) of victims. The content of each album and collection varies, and may include personal identifying information of the victim, pictures of the victims with other people, pictures of the victims in various stages of

undress, pictures of the victims engaged in sexually explicit content including bestiality, scat, or a combination of all the above. Some of the victims who are depicted engaging in sexually explicit conduct have been identified and confirmed to be minors at the time the visual depictions were created.

22. Based on my investigation and my review of the NLT website, I know that albums are typically named with the specific victim's first and last name.[3] The albums typically contain sexually explicit images and videos of the victim along with other non-explicit images or videos, such as pictures from vacations or family photographs, often taken from social media. If the images came from social media, the album may include the victim's social media account name, or other personal identifying information such as the victim's date of birth, phone number, and/or email address. These victims vary in age.

23. Additionally, users can purchase "collections" of images that are advertised for sale on NLT. NLT advertises the collections with a description of their contents and often with sexually explicit thumbnail images. The collections offered on NLT change over time, and include collections based upon content type, the creator of the content, and the source of the images.

*Collections Advertised on March 2, 2026*

24. On March 2, 2026, law enforcement observed the following collections for sale on NLT:

a. [redacted] **Collection – 315 Girls, 189 GB**

i. This collection included the tags, "Leaked Porn, Porn4sale, [redacted] [redacted] Full Collection, [redacted] Mega, Snapchat teens, Snapchat teens leaked, Statewins, Teens Leaks."

---

[3] These names were, overwhelmingly, the true and correct names of the victims.

ii. The description stated that this collection contained "189 GB and 315 girls leaked from an organization asking girls for sexually explicit."[4]

iii. The price for this collection, as of March 2, 2026, was $64.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):




---

[4] Unless otherwise indicated, quotations are copied verbatim from NLT. For example, on the website, this quotation has no text after the word, "explicit."

b. [redacted] **– 400 Girls, 94 GB**

i. This collection included the tags, "Athlete porn, College girl, Leaked Porn, [redacted], Porn4sale, [redacted] Full Collection, [redacted] Mega, Snapchat teens, Snapchat teens leaked, Teens Leaks."

ii. The description stated that this collection contained [redacted] Collection contains 94 GB and + 400 athletic, sport, and very sexy girls."

iii. The price for this collection, as of March 2, 2026, was $49.90

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



c. [redacted] **Collection – 282 Girls, 347.57 GB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4Sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens Leaks."

ii. The description stated that this "[redacted] Collection contains 437.57 GB of exclusive, rare, and fresh, mostly unwatermarked content featuring 282 hot girls exposing themselves naked on Snapchat created by [redacted]

iii. The price of this collection, as of March 2, 2026, was $109.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



d. [redacted] **Collection – 500 Girls, 280 GB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated that "[t]his collection contains ONLY the hottest and most beautiful snapchat girls."

iii. The price for this collection, as of March 2, 2026, was $79.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



e. [redacted] **Collection – 348 Girls, 41 GB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated, [redacted] Collection lists 348 very hot Russians girls who show themselves spreading their holes close up and masturbating alone." It further states that this collection contains "scat" content.

iii. The price for this collection, as of March 2, 2026, was $19.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



f. [redacted] **Collection – 115 Girls, 82 GB**

i. This collection includes tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaked."

ii. The description stated that this collection contained, "A guy with a 13inch dick makes horny girls strip and masturbate for him on cam."

iii. The price for this collection, as of March 2, 2026, was $49.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



g. [redacted] **Collection – 453 Girls, 121 GB**

i. The collection included the tags, “Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaked.”

ii. Part of the description stated that the collection “contains all the hottest Tiktok Girls leaks.”

iii. The price for this collection, as of March 2, 2026, was $49.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



h. [redacted] **Collection – 149 Girls, 30 GB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real teens, Snapchat exposed, Snapchat teens leaked, teen leaks."

ii. The description stated that this collection "comes from a famous [redacted] page that messages sexy influencers girls that they can earn hundreds of dollars from sugar daddies if they simply send photos or videos that dads ask for."

iii. The price for this collection, as of March 2, 2026, was $49.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



i. [redacted] **Collection – 34 Girls, 16.0 GB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teen leaks."

ii. The description states that the collection "contains exclusive, rare and fresh, unwatermarked content featuring 34 hot girls exposing themselves naked on Snapchat."

iii. The price for this collection, as of March 2, 2026, was $49.90.

iv. A redacted screenshot depicting the advertisement of this collection (as seen on March 2, 2026):



j. [redacted] **Collection – 80 Girls, 4 GB**

i. This collection includes the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn 4 Sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated that this collection "contains exclusive content from 80 girls (mainly from [redacted]) who sent nudes in exchange for money."

iii. The price for this collection, as of March 2, 2026, was $39.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



k. **[redacted] Collection – 14 Girls, 314 MB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated that this collection "contains 14 girls stripping naked, masturbating, and writing '[redacted] on their skin."

iii. The price for this collection, as of March 2, 2026, was $34.90.

iv. A redacted screenshot depicting the advertisement of this collection (as seen on March 2, 2026):



l. [redacted] **Collection – 95 Girls, 18.5 GB**

i. This collection included the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat Exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated that this collection "contains 15.4 GB pack of exclusive, rare and fresh, unwatermarked content featuring 86 hot girls exposing themselves naked on Snapchat created by [redacted]."

iii. The price for this collection, as of March 2, 2026, was $59.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



m. [redacted] **Auditions – 371 Girls, 111 GB**

i. This collection contained the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated that this collection was derived from "scammers claim they are from [redacted] a swimwear brand and cast aspiring models on cam they ask them to pose in bikinis, lingerie etc and if comfortable even pose naked which some models even do and the pack is basically those videos of fake casting."

iii. The price for this collection, as of March 2, 2026, was $69.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):



n. [redacted] **BM – 190 Girls, 51 GB**

i. This collection contained the tags, "Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat exposed, Snapchat teens leaked, Teens leaks."

ii. The description stated that this collection states that "[redacted]BM contains long BM videos of 102 girls posing nude and masturbating."

iii. The price for this collection, as of March 2, 2026, was $59.90.

iv. A redacted screenshot depicting the advertisement of this collection is shown below (as seen on March 2, 2026):




25. Notably, certain tags are consistent across different collections, including "leaked porn," "Snapchat teens leaked," and "teens leaked." Based on my investigation in this case and my training and experience, I believe that the word "leak" indicates that the images and videos were obtained and/or shared without the consent of the individuals depicted.

*Other Historical Collections Offered on NLT*

26. In addition to the collections discussed above, NLT has also previously advertised and sold the following collections. Some of these collections were later removed, though sometimes only temporarily.

27. [redacted] **Collection**.

a. The [redacted] Collection was offered for sale in or around 2024 through 2025. In August 2024, the purchase page for this collection explained that it contained “6200 private nude files leaked of teenagers or adults (mostly American) from hacked snapchats, Instagram, tiktok, facebook accounts.” The page also contained several sexually explicit thumbnails of young females, along with an option to purchase with cryptocurrency. The purchase price was $39.90 with an advertised size of 1670 GB.

b. On or about March 6, 2024, [redacted] purchased the [redacted]s Collection. After [redacted] paid the purchase price, [redacted] received a series of seven links from Mega.nz, a file-sharing company. The links were shared by [redacted] via Mega Chat.[5] [redacted] downloaded and reviewed the content from the seven links. The collection contained numerous images and videos depicting children engaged in sexually explicit conduct. One folder contained CSAM images and videos depicting a minor victim, MV-01. Law enforcement previously identified MV-01 in connection with an investigation involving a subject who used the moniker, [redacted] (further

[5] Mega Chat is a messaging application within the Mega.nz file sharing service for users to communicate.

discussed below). Videos in the [redacted] Collection depict a man (known to be [redacted]) directing MV-01 to show her naked vagina and breasts and to simulate oral sex on her fingers. The adult male is depicted masturbating while MV-01 complies with his directions. The folder also contained images of MV-01's breasts and vagina.

c. Another folder contained CSAM depicting another minor victim, MV-02. Law enforcement previously identified MV-02 in connection with an investigation into [redacted] In one of the videos, [redacted] directs MV-02 to bend over to show her vagina and anus to the camera and to put her finger inside her anus. She complies with these directions but tells the male, "it hurts." He responds, "It supposed to."

d. Another folder contained CSAM images and videos of another minor victim, MV-03. MV-03 was previously identified by law enforcement after she reported that someone had hacked into her Snapchat account and stolen sexually explicit images and videos of her. Along with images and videos of MV-03, the [redacted] Collection included her email address, date of birth, Snapchat account information, and phone number.

e. The collection also contained depictions of "scat" and bestiality. In one video, a canine licks an unknown female's vagina, and in another video, the same female inserts what appears to be a dog treat into her vagina and has the dog remove it. Another set of images contained at least one image of a human vagina being penetrated by a canine penis. Law enforcement's attempts to identify the victims in this collection remain ongoing.

f. The [redacted] Collection was no longer available for purchase by in or around September 2025. The screenshot below depicts the collection as it was advertised in 2024.




28. [redacted] **Collection**.

a. Another collection for sale on NLT was the [redacted] Collection. NLT sold this collection as different "packs," described in the following manner:

b. Pack 1 included 55 "girls" and the following description: [redacted] Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat, Snapchat teens, Snapchat teens leaked, Teens leaked." The purchase price was $24.90 with an advertised size of +20 GB.

c. Pack 2 included 49 "girls" and the following description: [redacted], Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat,

Snapchat teens." The purchase price was $29.80 with an advertised size of +10 GB.

d. Pack 3 did not have any tags, but it was described as containing "over 25GB of never seen before content with 54 girls exposing themselves naked on Snapchat." The purchase price was $24.90 with an advertised size of +25 GB.

e. This collection was no longer available for purchase by in or around September 2025. The screenshot below depicts how the collection was advertised in 2024:




29. **[redacted] Collection.**

a. As described above, another collection for sale on NLT was the [redacted] Collection.

b. This collection consisted of sexually explicit images and videos obtained by a subject or subjects who utilized the moniker [redacted] On or about June 3, 2026,

[redacted], purchased the [redacted] Collection from NLT. The collection was delivered to [redacted] via a file sharing link through Mega.nz.

c. A review of the content provided revealed the following:

i. A known/identified minor victim, MV-08, is shown in digital media engaging in sexual acts with her younger brother (who is under the age of 12 and is identified as MV-11).

ii. A second known/identified minor victim, MV-09, is shown engaging in sexual acts, including bestiality.

d. Based on my investigation as well as conversations with other law enforcement officers, I know the following about the [redacted] collection:

i. [redacted] was a nickname utilized by individual(s) who sought to obtain sexually explicit images and videos of females via various methods, including through unauthorized access to their social media accounts and extortion.

ii. Numerous victims have been identified throughout the United States, including MV-08, MV-09, and MV-11.

e. The thumbnail folder preview of the [redacted] Collection on NLT contained a folder with MV-08's name. The collection also contained folders with names of other known victims, and folders named, "Archive 1," "Archive V2," and "Archive BM Calls."

f. Below is a redacted screenshot from in or around September 2025 of the folder preview displayed on NLT:




30. **[redacted] Collection.**

a. NLT also advertised a [redacted] Collection, sold in "packs."

b. Pack 1 included 303 girls and was tagged with descriptions, "College girl, [redacted] Homemade, Hot Teens, Leaked Porn, Never Seen Before, Porn4sale, Real Teens, Snapchat, Snapchat teens, Snapchat teens leaked, Teens Leaked." The purchase price was $24.90 with an advertised size of 53 GB.

c. Pack 2 included 611 girls and was tagged with descriptions, "College girl, [redacted], Homemade, Hot Teens, Leaked Porn, Never Seen Before, Real Teens, Snapchat,

Snapchat teens, Snapchat teens leaked, Teens Leaked." The purchase price was $32.90 with an advertised size of 77 GB.

d. Pack 3 included 1,240 girls and was tagged with descriptions, "College girl, [redacted] Homemade, Hot Teens, Leaked Porn, Never Seen Before, Real Teens, Snapchat, Snapchat teens, Snapchat teens leaked, Teens Leaked." The purchase price was $34.90 with an advertised size of 166 GB.

e. Pack 4 included 1,915 girls and was tagged with descriptions, "College girl, [redacted] Homemade, Hot Teens, Leaked Porn, Never Seen Before, Real Teens, Snapchat, Snapchat teens, Snapchat teens leaked, Teens Leaked." The purchase price was $34.90 with an advertised size of 172 GB.

f. As of on or about July 27, 2025, the US Leaks Collection was no longer offered for sale on the website. Below is a redacted screenshot of the page for US Leaks Pack 4 from in or around September 2024:



31. [redacted] **Full Collection.**

a. NLT also advertised the [redacted] Full Collection. In or around February 2024, this collection was described as containing "over 258 GB and 639 hot teens leaked from [redacted]" Law enforcement is familiar with the website known as [redacted] and has recovered publicly available older versions of the webpage. [redacted] like NLT, sold sexually explicit images of females, including images obtained without permission from victims' social media accounts. [redacted] is believed, based upon my investigation, to have started sometime in early 2019. It utilized various URLS including [redacted] and [redacted] Several victims depicted on the site reported to law enforcement that their social media accounts were hacked. For example, images of AV-04, including nude images, were obtained via the unlawful accessing of her Snapchat account. AV-04 discovered the images posted on [redacted] in or around September of 2019.

b. As of September 2025, the [redacted] Full Collection was no longer available on NLT. Below is a redacted screenshot of the collection's advertisement on NLT from in or around February 2024.




32. [redacted] **Collection**.

a. NLT advertised the [redacted] Collection, containing 70 girls and 50GB of data for a purchase price of $34.90. The collection included sexually explicit images and videos obtained by [redacted] has been identified by law enforcement as Philip Taylor Sobash (a one-time practicing physician). In 2025, Sobash pleaded guilty to multiple charges related to CSAM and sexual exploitation of minors. In June 2026, he was sentenced in the United States District Court for the Middle District of Tennessee to 30 years' imprisonment.[6] Law enforcement identified multiple victims of Sobash, including MV-10.

b. On or about June 3, 2026, [redacted] purchased the [redacted] Collection from NLT. The collection contained sexually explicit videos and still images of MV-10, a victim known to have been under the age of 18 at the time the content was created.

[6] U.S. Dep't of Justice, Office of Public Affairs, Texas Man Sentenced to 30 Years in Prison for Sexual Exploitation of Seven Minors, https://www.justice.gov/usao-mdtn/pr/texas-man-indicted-child-sexual-exploitation-charges (last accessed Sept. 23, 2026).

c. As of on or about July 2, 2026, the [redacted] Collection remained available for purchase on NLT. Below is a redacted screenshot of the advertisement on NLT:




33. [redacted] **Collection**.

a. NLT also advertised the [redacted] Collection for purchase for $59.90. This collection included sexually explicit images and videos of minors obtained by "[redacted]

b. Based on my investigation and conversations with other law enforcement officers, I know the following about [redacted]

i. "[redacted] is a moniker used by Andrew Venegas.

ii. In 2025, Venegas pleaded guilty in the United States District Court for the Southern District of Texas to sexual exploitation of children and receipt and

possession of CSAM. In April 2026, he was sentenced to a term of 30 years' imprisonment.[7]

iii. Law enforcement identified multiple victims of Venegas. In the investigation and prosecution of Venegas, law enforcement learned that Venegas obtained sexually explicit images and videos of his victims in various ways, including extortion and the unauthorized accessing of victim social media accounts.

c. Historically, NLT has promoted the [redacted] Collection using a thumbnail preview of folders. Some folders were labeled with the names of Venegas's victims. Some folders contained additional descriptions, including "BM" and "UA." NLT promotes the [redacted] Collection using a thumbnail preview of folders.[8]

d. As of on or about June 3, 2026, the [redacted] collection contained sexually explicit images of two minor victims, MV-04 and MV-05, both of whom were identified and interviewed by law enforcement.

34. As of July 2, 2026, the [redacted] Collection was available for purchase on NLT, as depicted in the redacted image below:

[7] *See United States v. Venegas*, 4:23-cr-346 (May 27, 2026, S.D. Tex.), Dkt. 81 (Judgment).

[8] Based on my training and experience, I know that "UA" refers to "underage" in the context of CSAM. I also know that, in this context, "BM" means that the set of images or videos were obtained by blackmail.




35. **[redacted] Full Collection and [redacted] Collection**.

a. I am aware of two other collections that, while no longer viewable on NLT, were available for purchase from in or around 2022 through 2023. Both collections—advertised as the [redacted] Full Collection and the [redacted] Collection— are known to contain pornography, including CSAM. Based on my investigation and conversations with other law enforcement officers, I know the following about the [redacted] Full Collection:

i. The [redacted] Full Collection was named after the individual who created it, Ruben Oswaldo Yeverino Rosales.

ii. In 2022, Rosales was convicted in the United States District Court for the District of Arizona for four counts of sexual exploitation of children and

two counts of cyberstalking. He was sentenced to 413 months imprisonment.[9]

b. I know the following about the [redacted] Collection:

i. The [redacted] Collection is named for an individual using the moniker, "[redacted]

ii. Law enforcement seized a portion of the [redacted] Collection during an investigation into another website, "[redacted]," which offered CSAM and other sexually explicit content. The [redacted] Collection was found to contain depictions of children engaged in sexually explicit conduct, along with file titles indicative of CSAM, including, "[redacted] 10yo," "[redacted] 10yo," and "[redacted] 12yo."

c. In November 2022, I observed a message in the "Nud3LeaksTeens" Telegram Channel regarding the [redacted] Full and [redacted] Collections. The message, purportedly from the NLT administrator, provided, "We decided yesterday to remove 2 packs from nudeleaksteens.com because of the risks it can cause: [redacted] and [redacted] For those who really want to own these packs, please contact me on telegram [redacted] in secret conversation. We will arrange for you to get them. Payments will be made in cryptocurrency in order to keep an anonymity."

---

[9] United States Attorney's Office, District of Arizona, Mexican National Sentenced to Over 24 Years for Producing Child Pornography and Cyberstalking, https://www.justice.gov/usao-az/pr/mexican-national-sentenced-over-34-years-producing-child-pornography-and-cyberstalking (last accessed Sept. 23, 2026).

*NLT Waiver Pages*

36. As part of its overall website design, NLT has web pages purportedly for "DMCA"[10] and content removal.[11] The webpage titled "DMCA" includes a statement that NLT does not store any files or images on its server, but rather "link[s] to content provided by other non-affiliated sites." It further states that if owners of the material want the content removed, they must contact the owners of the sites where the files and images are stored. Another part of the "DMCA" page provides information for reporting images related to privacy, harassment, unlawful, or offensive material. It also provides a link to a contact form, indicating that victims could contact NLT directly to request content removal but are required to send an image of themselves and a photo identification.

37. In or around June 2026, law enforcement discovered that NLT was selling a collection titled "[redacted] Collection – 1335 Girls, 397 GB," which appears to consist of images that were reported to, and purportedly removed from, NLT along with the photo IDs the victims submitted as part of their take down request. NLT describes this collection as containing "all the girls who have been removed from nlthub.pk homepage due to copyright/DMCA issues, along with photos of their faces and text reading 'Remove [album name] from NLT' or copies of their identification documents."[12]

---

[10] Seemingly in reference to the Digital Millennium Copyright Act.

[11] As viewed on the site on June 9, 2025.

[12] I am unable to verify when this collection became available on NLT because users cannot view the collection for purchase without making a "VIP Access" purchase.

*NLT Telegram Channel*

38. NLT appears to use Telegram to send messages to its users/followers. The messages, posted in NLT Telegram channels, include advertisements for content available for purchase, request for recommendations, and information related to its payment system.

39. For example, on or about November 4, 2022, the individual who appears to be the NLT administrator posted in the NLT Telegram Channel: "We have tried several different payment methods to make the process easier for you. However, the different means of payment such as Paypal, CashApp or Stripe are not compatible with our website from a legal point of view. That's why we only keep payment by cryptocurrency (at least for now). If you have proposals for anonymous and non-legally binding means of payment that we can potentially integrate into our website nudeleaksteens[.]com contact us: [redacted]."

40. On or about April 27, 2025, the individual who appears to be the NLT administrator posted in the NLT Telegram Channel: "I'm looking for a way to authorize card payments on NLT and be able to withdraw money ANONYMOUSLY[.] What I've already tried and didn't work: -Fake paypal account (blocked after a while) -Fake CashApp account (blocked after a while) If you know of any legit bank account providers (Revolut, Venmo, Skrill, Wise…) OR If you have another idea contact me[redacted])."

*Coinbase Commerce Account Related to NudeLeaksTeens*

41. For an unknown period of time, but at least in 2024, NLT accepted payment via Coinbase Commerce.[13] Based on my training and experience, along with information made

[13] As of March 31, 2026, Coinbase Commerce was merged into Coinbase Business. Whereas Coinbase Commerce wallets were non-custodial and decentralized, Coinbase Business accounts are held in the custody of Coinbase. *See* Coinbase Help, Transitioning from Coinbase Commerce to Coinbase Business, https://help.coinbase.com/en/transitioning-from-coinbase-commerce-to-coinbase-business (last visited Sept. 23, 2026).

publicly available by Coinbase, I know that Coinbase Commerce was a service offered by the cryptocurrency exchange, Coinbase, for online merchants. Coinbase Commerce enabled online merchants to accept payment into a non-custodial wallet in stablecoins, including Bitcoin, Bitcoin Cash, Ethereum, Litecoin, and/or United States Dollars. Coinbase Commerce tools monitored the aforementioned virtual currencies blockchains for the created addresses. When Coinbase Commerce detected a payment within the blockchain, it notified the Coinbase Commerce accountholder to show the current status of the payment.

42. On or about June 27, 2024, in response to legal process, Coinbase provided information relating to NLT. Specifically, the Coinbase records showed that, on or about October 27, 2022, a Coinbase Commerce account was created using the email address nudeleaksteens.[redacted]. This account had Merchant ID [redacted]

43. On or about August 5, 2024, law enforcement obtained legal process for [redacted] records related to the nudeleaksteens.[redacted] account. The responsive records showed that the email address nudeleaksteens.[redacted] was linked to the NLT website. The records also included information related to NLT website infrastructure.

*NudeLeaksTeens Customers*

44. The NLT Coinbase records also included NLT customer information, including names, Coinbase account subscriber information, and the content purchased.

45. Based on information contained in these records, including customers' driver's licenses and physical addresses, the FBI identified at least 163 different customers residing in the United States. The chart below depicts the breakdown of content purchased by the U.S.-based customers.

| Content | # Purchases |
|---|---|
| [redacted] | 118 |
| [redacted] | 3 |
| [redacted] | 12 |
| [redacted] | 2 |
| [redacted] | 8 |
| [redacted] | 17 |
| [redacted] | 18 |
| [redacted] | 4 |
| [redacted] | 4 |
| [redacted] | 11 |
| [redacted] | 8 |
| [redacted] | 10 |
| [redacted] | 14 |

46. Although NLT no longer uses Coinbase Commerce for payment, NLT continues to sell content and generate revenue. For example, I reviewed a Telegram message posted by NLT on or about July 16, 2025, stating that NLT makes between "25-30k/month."

*Law Enforcement's Investigation into the Support Infrastructure of NLTHUB[.]PK*

47. As part of its investigation into NLT, law enforcement determined that nlthub[.]pk utilizes the services of CloudFlare, Inc. ("CloudFlare"). I know, based on my training and experience, that CloudFlare is a United States-based technology company that provides internet services for security and other purposes. One such service is acting as a reverse proxy between a website's users and its ultimate hosting platform. From my training and experience, I know that a reverse proxy server is an intermediary between website users and hosts that intercepts incoming requests from users for security and overall website operation enforcement.

48. On or about September 21, 2026, law enforcement contacted CloudFlare, whose representatives stated that nlthub[.]pk and nudeleaksteen[.]com were both hosted by [redacted] using the IP Address of [redacted].

*Identification and Information Pertaining to NLTVIDS[.]COM*

49. During its investigation into NLT, law enforcement discovered a second website controlled by the NLT administrator(s), NLTVIDS.com.

50. On February 12, 2026, in the NLT Telegram Channel "[redacted]," an individual who appears to be the NLT administrator posted, "I'm thinking of creating a second site, with only videos (like Pornhub) featuring the best long videos (sextapes, solo masturbation, etc…) from NLT sets. Would you be interested?" The user then posted a survey where voters could select either, "Oh yeaah" or "No need." As of on or about September 12, 2026, the survey had 1,295 votes.

51. On February 20, 2026, the same Telegram Channel provided this update: "The new website will be ready in less than a month, normally. It's going to be awesome."

52. On March 13, 2026, the same Telegram Channel posted "NLTVIDS.com is now online. This site will continue to be improved day by day. Please suggest improvements for the site here [redacted]. I will implement them if they are interesting enough.

53. Based on open source research, as of September 21, 2026, NLTVIDS.com uses IP Address [redacted], belonging to [redacted].

54. On or about August 30, 2026, I reviewed NLTVIDS[.]COM, and observed the following:

a. As described by the NLT Telegram channel, the website contained numerous videos of individuals, believed to be victims, engaged in sexually explicit conduct.

b. The videos typically contained a title that described the video's contents, such as "[Name of unidentified victim]-Her Snapchat got fully wrecked and leaked her photos and her blowie vid sucking on a bbc." Below the video was a comment section and within the comment section a person stated that "her phone area is [Redacted by law enforcement] which is [Specific State Name] so she is united states based on timestam in video 0:05."

55. Based on ongoing efforts, law enforcement has identified multiple victims whose images and videos were published on NLTVIDS[.]com without their consent.

56. For example, in November 2025, AV-03 reported to local law enforcement that she discovered that images of her were offered on various websites for purchase. AV-03 stated that the images were stolen from her social media account and posted without her consent. A review of NLTVIDS[.]com revealed that 45 videos, including videos which appear to depict AV-03 engaged in sexually explicit conduct, were available on NLTVIDS[.]com under AV-03's true name.

57. On or about March 23, 2026, the National Center for Missing and Exploited Children (NCMEC) received a report that sexually explicit content depicting MV-14 (a confirmed minor) was available on NLTVIDS[.]com under MV-14's true name. I reviewed NLTVIDS[.]com and, as of on or about September 13, 2026, observed sexually explicit videos of MV-14, along with MV-14's name, available on the website.

58. On or about May 15, 2026, MV-15 (a confirmed minor) reported that sexually explicit videos of her were available on NLTVIDS[.]com and provided a URL link. As of on or about September 13, 2026, sexually explicit videos in the name of MV-15 were available on NLTVIDS[.]com via the URL provided by MV-15.

*NLTHUB[.]PK Goes Back to NudeLeaksTeens[.]com*

59. On or about September 12, 2026, the NLT Telegram channel posted, "nlthub[.]pk" is temporarily unavailable but you can access here : https://nudeleaksteens.com."

60. On or about September 13, 2026, I confirmed that an attempt to go nlthub[.]pk domain resulted in an error message. However, the URL nudeleaksteens[.]com navigated to the NLT webpage.

61. Additionally, on or about September 13, 2026, I confirmed that, after navigating to NLTVIDS[.]com, I would be redirected to nudeleaksteens[.]com after a brief period.

62. On or about September 16, 2026, NLTHUB.pk began to work again, bringing the user to the NLT homepage.

*WHOIS Search of SUBJECT DOMAINS.*

63. On or about September 24, 2026, I performed a WHOIS search of the SUBJECT DOMAINS.

a. A search of the domain "nudeleaksteens[.]com" shows that the site's registrar is NameCheap. There was no registry information available.

b. A search of the domain "nltvids[.]com" shows that site's registrar is [redacted]. There was no registry information available.

c. A search of the domain of nlthub[.]pk shows no registry or registrar information.

**<u>THE SUBJECT DOMAIN NAMES</u>**

64. NLT offers a wide range of explicit content including CSAM and content that violates the TAKE IT DOWN Act, which prohibits the non-consensual sharing of intimate images. To publish and sell this content, NLT utilizes multiple website domains, including the SUBJECT DOMAIN NAMES.

65. As described above, the SUBJECT DOMAIN NAMES were involved in the advertisement and distribution of CSAM and other cybercrimes.

66. The top-level domain for the SUBJECT DOMAIN NAMES of nudeleaksteens[.]com and nltvids[.]com is [.com]. VeriSign operates the authoritative registry of [.com] domain names.

**STATUTORY BASIS FOR SEIZURE AND FORFEITURE**

67. 18 U.S.C. §§ 2253(a)(1), (3) authorize the criminal forfeiture of any property, real or personal, including any visual depictions, used or intended to be used to commit or to promote the commission of a violation of Title 18, United States Code, Section 2251 or 2252, or any property traceable to such property.

68. 18 U.S.C. § 2254 authorizes the civil forfeiture of any property subject to forfeiture under Title 18, United States Code, Section 2253.

69. 18 U.S.C. § 1030(i) authorizes the criminal forfeiture of any personal property used or intended to be used to commit or to facilitate the commission of a violation of Title 18, United States Code, Section 1030.

70. 47 U.S.C. §§ 223(h)(7)(A)(i), (iii) authorize the criminal forfeiture of any personal property, including any material distributed, used or intended to be used to commit or to facilitate the commission of nonconsensual publication of intimate images of an identifiable individual, in violation of 47 U.S.C. §§ 223(h)(2)–(3).

71. 18 U.S.C. § 981(b) (Authority for Civil Seizure Warrant) authorizes the seizure of property subject to civil forfeiture based upon a warrant supported by probable cause. Title 18, United States Code, Section 981(b)(3) permits the issuance of a seizure warrant by a judicial officer in any district in which a forfeiture action against the property may be filed and may be executed in any district in which the property is found.

72. 18 U.S.C. § 982(b)(1) (Authority for Criminal Seizure Warrant) authorizes the issuance of a criminal seizure warrant under Title 21, United States Code, Section 853(f), which, in turn, authorizes seizure of property subject to criminal forfeiture based upon a warrant supported by probable cause where the property to be seized would, in the event of a conviction, be subject to forfeiture. 21 U.S.C. § 853(l) provides that U.S. district courts have jurisdiction without regard to the location of any property which may be subject to forfeiture. Venue for criminal forfeitures lies in the district where the criminal prosecution may be brought.

73. Neither a restraining order nor an injunction is sufficient to guarantee the availability of the SUBJECT DOMAIN NAMES for forfeiture. By seizing the SUBJECT DOMAIN NAMES and redirecting them to another website, the Government will prevent third parties from acquiring the names and using them to commit additional crimes. Furthermore, seizure of the SUBJECT DOMAIN NAMES will prevent third parties from continuing to access the websites in their present form.

74. As detailed in Attachment A, upon execution of the seizure warrant, the registry for the top-level domain of [.com], VeriSign, headquartered at 12061 Bluemont Way, Reston, Virginia, shall be directed to restrain and lock the SUBJECT DOMAIN NAMES of "nudeleaksteens[.]com" and "nltvids[.]com" pending transfer of all right, title, and interest in the SUBJECT DOMAIN NAMES to the United States upon completion of forfeiture proceedings, to ensure that changes to the SUBJECT DOMAIN NAMES cannot be made absent court order or, if forfeited to the United States, without prior consultation with the Federal Bureau of Investigation or the Department of Justice.

75. In addition, upon seizure of the SUBJECT DOMAIN NAMES by the Federal Bureau of Investigation, VeriSign will be directed to associate the SUBJECT DOMAIN NAMES to a new

authoritative name server(s) to be designated by a law enforcement agent. The Government will display a notice on the website to which the SUBJECT DOMAIN NAMES will resolve indicating that the site has been seized pursuant to a warrant issued by this Court.

## CONCLUSION

76. For the foregoing reasons, I submit that there is probable cause to believe that the SUBJECT DOMAIN NAMES of nudeleaksteens[.]com and nltvids[.]com were used in and/or intended to be used in facilitating and/or committing the SUBJECT OFFENSES. Accordingly, the SUBJECT DOMAIN NAMES are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 1030(i), 2253(a)(1), (3) and 47 U.S.C. §§ 223(h)(7)(A)(i), (iii). I respectfully request that the Court issue a seizure warrant for the SUBJECT DOMAIN NAMES.

77. Because the warrant will be served on VeriSign, which controls the SUBJECT DOMAIN NAMES, and VeriSign thereafter, at a time convenient to it, will transfer control of the SUBJECT DOMAIN NAMES to the government, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

78. Finally, and in order to protect the ongoing investigation and in consideration that much of the information set forth above is not otherwise publicly available, I respectfully request that this Affidavit be filed and kept under seal until further order of this Court.

Respectfully submitted,

________________________________
John E. Bamford
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim.P. 4.1 by telephone on October 2, 2026:

________________________________
The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia

## ATTACHMENT A

With respect to nudeleaksteens[.]com and nltvids[.]com ("SUBJECT DOMAIN NAMES"), VeriSign, who is the domain registry for the SUBJECT DOMAIN NAMES, shall take the following actions to effectuate the seizure of SUBJECT DOMAIN NAMES:

1. Take all reasonable measures to redirect the domain names to substitute servers at the direction of the Federal Bureau of Investigation by associating the SUBJECT DOMAIN NAMES to the following authoritative name-servers:

    a. Ns1.fbi.seized.gov;

    b. ns2.fbi.seized.gov; and/or

    c. Any new authoritative name server or IP Address to be designated by a law enforcement agent in writing, including e-mail, to VeriSign, Inc., which is headquartered at 12061 Bluemont Way, Reston, Virginia.

2. Prevent any further modification to, or transfer of, SUBJECT DOMAIN NAMES pending transfer of all right, title, and interest in SUBJECT DOMAIN NAMES to the United States upon completion of forfeiture proceedings, to ensure that changes to the SUBJECT DOMAIN NAMES cannot be made absent court order or, if forfeited to the United States, without prior consultation with the Federal Bureau of Investigation.,

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

The Government will display a notice on the website to which the SUBJECT DOMAIN NAMES will resolve. That notice will consist of law enforcement emblems and the following text (or substantially similar text) as put forth in the image below:

